ACCEPTED
14-DCV-218252
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/22/2014 3:19:29 PM
CHRISTOPHER PRINE
CLERK

**CAUSE NO. 14-DCV-218252**

| | | |
|---|---|---|
| **SCHLUMBERGER TECHNOLOGY** | § | **IN THE DISTRICT COURT OF** |
| **CORPORATION,** | § | |
| *Plaintiff,* | § | HOUSTON, TEXAS |
| | § | |
| **v.** | § | **FORT BEND COUNTY, TEXAS** |
| | § | |
| **RICKY D. PARKER and JAMES MYERS,** | § | |
| *Defendants.* | § | **268TH JUDICIAL DISTRICT** |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/22/2014 3:19:29 PM
CHRISTOPHER A. PRINE
Clerk

**DEFENDANTS RICKY D. PARKER AND JAMES MYERS'
NOTICE OF INTERLOCUTORY APPEAL**

COMES NOW RICKY D. PARKER and JAMES MYERS, defendants in Cause No. 14-DCV-218252; *Schlumberger Technology Corp. v. Ricky D. Parker and James Myers*; in the 268th Judicial District Court of Fort Bend County, Texas, desiring to appeal from the trial court's Order denying Defendants' Motion to Compel Arbitration on December 10, 2014; the trial court's Order denying Defendants' Motion for Reconsideration of Its Motion to Compel Arbitration on December 10, 2014; and trial court's order granting Temporary Injunction dated December 18, 2014. The appeal is taken under sections 51.014(a)(4); 61.016; and 171.098 of the Texas Civil Practice and Remedies Code and is therefore an accelerated appeal under Rule 28.1(a) of the Texas Rule of Appellate Procedure. This case is not a parental termination or child protection case, as defined in Rule 28.4 of the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 25.1(d)(7).

This appeal is to the First or Fourteenth Court of Appeals in Houston, Texas.

1

Respectfully submitted,

MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.


By:   */s/ Kevin G. Cain*
      W. Jackson Wisdom
      State Bar No. 21804025
      *wisdom@mdjwlaw.com*
      James M. Cleary
      State Bar No. 00783838
      *cleary@mdjwlaw.com*
      Kevin G. Cain
      State Bar No. 24012371
      *cain@mdjwlaw.com*
808 Travis Street, 20th Floor
Houston, Texas 77002
Telephone: (713) 632-1700
Facsimile: (713) 222-0101

**ATTORNEYS FOR DEFENDANTS
RICKY D. PARKER AND JAMES MYERS**


### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was sent via email, on this 22nd day of December, 2014, to the following:


Jeff Barnes                   *Via Email: barnesj@jacksonlewis.com*
JACKSON LEWIS P.C.
1415 Louisiana, Suite 3325
Houston, Texas 77002

Mr. William L. Davis         *Via Email: davisw@jacksonlewis.com*
Jackson Lewis, P.C.
500 N. Akard, Suite 2500
Dallas, Texas 75201


  */s/ Kevin G. Cain*
Kevin G. Cain

2